FILED
2007 Apr-06 AM 11:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEMETRIUS RAY MINNIEFIELD,  )  <br>  ) <br> Plaintiff,  ) <br>  ) <br> vs.  ) <br>  ) <br> DEPUTY DERRICK COMBS, *et al.*,  ) <br>  ) <br> Defendants.  ) | Case No. 2:04-cv-1190-KOB-TMP |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 15, 2007, recommending that the defendants' special report be treated as a motion for summary judgment and, as such, that it be granted and this action be dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE and ORDERED this 6th day of April 2007.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE